Rhonda Cobb
                        Plaintiff,

v.                                      Case No.: 1:04−cv−06865
                                       Hon. Amy J. St. Eve

− National Credit Adjusters
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 15, 2005:

      MINUTE entry before Judge Amy J. St. Eve :Motion [4] is granted, Status hearing held on 2/15/2005. Status hearing set for 2/16/05 is stricken. Prove up documents due by 3/1/05. Status hearing set for 3/7/2005 at 09:00 AM.(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.