# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Rhonda Cobb
                Plaintiff,

v.                                                 Case No.: 1:04−cv−06865
                                                Hon. Amy J. St. Eve

− National Credit Adjusters
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 2, 2005:

      MINUTE entry before Judge Amy J. St. Eve :Civil case terminated. Default Judgment is entered for Plaintiff and against Defendant National Credit Adjusters in the amount of $6,483.50, pursuant to Plaintiff's affidavit and prove−up documents filed on 2/28/05. Status hearing set for 3/7/05 is stricken.Judicial staff mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.